HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:20-cr-00085-RAJ |
| Plaintiff, ) | ORDER GRANTING MOTION TO |
| ) | FILE OVERLENGTH MOTION |
| v. ) | |
| HARBANS SINGH, ) | |
| Defendant. ) | |

Upon the motion of the defendant to file an Overlength Motion to Dismiss Counts 1 and 2 in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington, and the Court finding good cause,

IT IS HEREBY ORDERED that the Motion (Dkt. #18) is GRANTED and leave of court is hereby granted for the defendant to file a Motion to Dismiss Counts 1 and 2 not to exceed 24 pages.

DATED this 18th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
FILE OVERLENGTH MOTION - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100