HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-085RAJ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | FILE OVERLENGTH MOTION |
| v. | ) | |
| | ) | |
| HARBANS SINGH, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the motion of Defendant Harbans Singh to file an Overlength Motion to Dismiss Multiplicitous Counts in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington, and the Court finding good cause,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #26) is GRANTED. Defendant is permitted to file a Motion to Dismiss Multiplicitous Counts that does not exceed 18 pages.

DATED this 15th day of September, 2020.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
FILE OVERLENGTH MOTION
(*Harbans Singh*; CR20-085RAJ) - 1