The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HARBANS SINGH,<br><br>　　　　　　　　　Defendant. | CASE NO. CR20-85 RAJ<br><br>ORDER |

THIS COURT, having considered the Motion of the United States to strike the trial date and set a status conference and the facts set forth therein, hereby FINDS as follows:

1. The trial date in this matter was initially set 69 days after the defendant's initial appearance.

2. As a result of the filing Defendant's Motion to Dismiss (Dkt. #19), at least 24 of those 69 days qualify as excludable time, under 18 U.S.C. § 3161(h)(1)(D), from the Speedy Trial Act's 70-day trial date deadline.  *See* 18 U.S.C. § 3161(c)(1).

3. Additional time will be excluded if the Court holds a hearing on the motion to dismiss, 18 U.S.C. § 3161(h)(1)(D), or takes that motion under advisement after Defendant files his reply brief.

IT IS THEREFORE ORDERED that for the reasons set forth by the government, the United States' Motion to Vacate the Trial Date and Set Status Conference (Dkt. #22) is GRANTED. The trial date of October 5, 2020, is stricken. The parties shall participate in a status conference on **October 28, 2020, at 11:00 a.m.** The purpose of the status conference will be to discuss a new trial date.

IT IS FURTHER ORDERED that Defendant's Unopposed Motion for Leave to File Additional Motions After Pretrial Motions Deadline (Dkt. #25) is GRANTED. The deadline for filing pretrial motions is extended to permit the filing of Defendant's Motion to Dismiss Multiplicitous Counts (Dkt. #27) and Defendant's Motion to Dismiss Case (Dkt. #28). No additional pretrial motions shall be filed absent a showing of good cause why the motions could not have been brought by the pretrial motions deadline or by the date the Defendant filed his most recent motions to dismiss.

IT IS FURTHER ORDERED that the parties' agreed briefing schedule related to the newly-filed motions to dismiss is adopted by the Court as follows:

1. The United States' responses are due September 28, 2020;
2. Defendant's replies are due October 2, 2020; and
3. The motions are re-noted for October 2, 2020.

DATED this 15th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER
*USA v. Harbans Singh* / No. CR20-85 RAJ - 2

IT IS THEREFORE ORDERED that for the reasons set forth by the government, the United States' Motion to Vacate the Trial Date and Set Status Conference (Dkt. #22) is GRANTED. The trial date of October 5, 2020, is stricken. The parties shall participate in a status conference on **October 28, 2020, at 11:00 a.m.** The purpose of the status conference will be to discuss a new trial date.

IT IS FURTHER ORDERED that Defendant's Unopposed Motion for Leave to File Additional Motions After Pretrial Motions Deadline (Dkt. #25) is GRANTED. The deadline for filing pretrial motions is extended to permit the filing of Defendant's Motion to Dismiss Multiplicitous Counts (Dkt. #27) and Defendant's Motion to Dismiss Case (Dkt. #28). No additional pretrial motions shall be filed absent a showing of good cause why the motions could not have been brought by the pretrial motions deadline or by the date the Defendant filed his most recent motions to dismiss.

IT IS FURTHER ORDERED that the parties' agreed briefing schedule related to the newly-filed motions to dismiss is adopted by the Court as follows:

1. The United States' responses are due September 28, 2020;
2. Defendant's replies are due October 2, 2020; and
3. The motions are re-noted for October 2, 2020.

DATED this 15th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge