HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-085RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| v. | |
| HARBANS SINGH, | |
| Defendant. | |

Having considered the motion of Defendant Harbans Singh to file an Overlength Reply to the Response to Motion to Dismiss Multiplicitous Counts in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Criminal Rules of the United States District Court for the Western District of Washington, and the Court finding good cause,

IT IS HEREBY ORDERED that the motion (Dkt. #35) is GRANTED.  Leave of court is granted for the defendant to file a Reply to the Response to Motion to Dismiss Multiplicitous Counts not to exceed 9 pages.

DATED this 6th day of October, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
FILE OVERLENGTH REPLY
(*Harbans Singh*; CR20-085RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**