Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-85 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO SUPPLEMENT DKTS. 19 AND 28 |
| HARBANS SINGH, | |
| Defendant. | |

The United States and the defendant Harbans Singh, by and through his counsel Mohammad Ali Hamoudi, have submitted a stipulated motion to supplement the factual record relating to Mr. Singh's Motion to Dismiss Counts 1 and 2 (Dkt. 19) and Motion to Dismiss Multiplicitous Counts (Dkt. 28).  The parties have further agreed that, with these supplemental facts, at this time an evidentiary hearing is not needed on those two motions.

Having reviewed the parties' stipulated motion, it is hereby ORDERED that the following information supplements the parties' proffered factual record with respect to those two motions.

On February 8, 2020, the San Francisco Asylum Office of the U.S. Citizenship and Immigration Services obtained a "Certificate of Conviction" that included a description of the dates and offenses of Mr. Singh's convictions in the United Kingdom.  On June 16, 2017, a Collateral Request for Assistance was sent to the Homeland Security Investigations London attaché, requesting documents relating to Mr. Singh's arrests and convictions.  On August 3, 2017, Special Agent Jeff Ketelsen of Homeland Security Investigations received approximately 100 pages of documents from the London Metropolitan Police department.  The

1    documents included booking photos, fingerprint cards, police reports, CCTV
2    photos, and conviction documents, which documents made up the majority of the
     documents received by the United States in response to its later official MLAT
3    request in April 2018.  On August 9, 2017, the San Francisco Asylum Office
4    similarly obtained more detailed information regarding Mr. Singh's criminal
     history in the United Kingdom.
5
6    DATED this 19th day of October, 2020.
7
8    _____
9    The Honorable Richard A. Jones
10   United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Granting Stipulated Motion to Supplement Dkts. 19 and 28 - 2
*United States* v. *Singh*, No. CR20-85-RAJ