HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-085RAJ |
| Plaintiff, ) | ORDER |
| v. ) | |
| HARBANS SINGH, ) | |
| Defendant. ) | |

THIS MATTER comes before the Court upon Defendant Harbans Singh's Motion to Dismiss Counts 1 and 2, Motion to Dismiss Multiplicitous Counts, and Motion to Dismiss Case. Having considered the motion and all related briefing, and the files and records herein, and having heard argument of counsel during a hearing held on November 4, 2020, for the reasons set forth orally on the record,

IT IS ORDERED that Defendant Harbans Singh's Motion to Dismiss Counts 1 and 2 (Dkt. #19) is DENIED, Motion to Dismiss Multiplicitous Counts (Dkt. #27) is GRANTED as to Count 3 and DENIED as to Counts 1 and 4, and Motion to Dismiss Case (Dkt. #28) is DENIED.

DATED this 5th day of November, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1