The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>HARBANS SINGH,<br><br>   Defendant. | CASE NO. CR20-085 RAJ<br><br>ORDER CONTINUING TRIAL |

THIS COURT having considered the Motion of the United States to continue the trial date and the facts set forth therein, the defendant's response, and the United States' reply hereby FINDS as follows:

1. The trial date in this matter was initially set 69 days after the defendant's initial appearance.

2. The defendant filed his first motion to dismiss on August 18, 2020, and this Court held a hearing on the defendant's three motions to dismiss on November 4, 2020. The 78 days between August 18, 2020, and November 4, 2020 are therefore excluded under 18 U.S.C. § 3161(h)(1)(D) from the Speedy Trial Act's 70-day trial deadline. *See* 18 U.S.C. § 3161(c)(1).  As a result, 49 days of the original 70-day Speedy Trial Act deadline remain.

ORDER CONTINUING TRIAL DATE
*United States v. Harbans Singh,* CR20-085 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. This Court previously moved the October 5, 2020 trial date to February 16, 2021. *See* Dkt. 58.

4. Based on General Orders 11-20, 13-20, 15-20, and 18-20 of the United States District Court for the Western District of Washington, which Orders are incorporated herein by reference; the Court's other General Orders regarding COVID-19; the health directives discussed in those Orders; and the latest data on the deadly surge of COVID-19 cases that the country and Washington state is currently experiencing, recommended social distancing and other health measures, along with risks to jurors, witnesses, counsel, the parties, the Court, and courtroom security, have made or will make it impossible to proceed with a jury trial between July 28, 2020 and March 31, 2021.

5. In addition, the "nature of the prosecution" is also "unusual," in that the government anticipates that it will attempt to introduce evidence from the United Kingdom through the testimony of at least one local law enforcement officer from the United Kingdom, which officer will have to travel during a pandemic that has closed international borders, and after a new strain of COVID-19 was discovered in the United Kingdom.  18 U.S.C. § 3161(h)(7)(B)(i).

6. Due to these considerations, and given the facts outlined in the government's motion, the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial, and the time between July 28, 2020, and March 31, 2021, is excludable time under 18 U.S.C. § 3161(h)(7)(A).

///

///

///

ORDER CONTINUING TRIAL DATE
*United States v. Harbans Singh,* CR20-085 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THEREFORE ORDERED that the United States' Motion to Continue Trial Date (Dkt. # 59) is GRANTED. The trial date in this case is continued to April 12, 2021 at 9:00 a.m.

IT IS FURTHER ORDERED that defendant is granted leave to file additional pretrial motions no later than February 25, 2021. Any additional pretrial motions shall be limited only to issues related to the charges set forth in the Superseding Indictment which differ from those contained in the original Indictment and which could not have been brought prior to the filing of the Superseding Indictment.

DATED this 21st day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
*United States v. Harbans Singh,* CR20-085 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970