The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

HARBANS SINGH,

                    Defendant.

CASE NO. CR20-085 RAJ

ORDER CONTINUING TRIAL

THIS COURT having considered the United States' Motion to Continue Trial Date (Dkt. 67), the Defendant's Response in opposition (Dkt. 68), the United States' Reply (Dkt. 70), and the files and pleadings herein, hereby FINDS as follows:

1. The trial date in this matter was initially set 69 days after the Defendant's initial appearance.

2. The Defendant filed his first motion to dismiss on August 18, 2020, and this Court held a hearing on the Defendant's three motions to dismiss on November 4, 2020. The 78 days between August 18, 2020, and November 4, 2020 are therefore excluded under 18 U.S.C. § 3161(h)(1)(D) from the Speedy Trial Act's 70-day trial deadline. *See* 18 U.S.C. § 3161(c)(1). Similarly, the Defendant filed a

ORDER CONTINUING TRIAL DATE
*United States v. Harbans Singh,* CR20-085 RAJ - 1

1
2
3
4
5
6
7

motion to sever on February 23, 2021, which was denied in an order of this Court issued March 12, 2021.  The 17 days between those dates are therefore also excluded under 18 U.S.C. § 3161(h)(1)(D) from the Speedy Trial Act's 70-day trial deadline.  As a result, even setting aside any exclusions of time due to the COVID-19 pandemic or other aspects of this case, 95 days of the time since July 28, 2020 are automatically excludable under 18 U.S.C. § 3161(h)(1)(D).

8
9

3. In several orders, this Court previously moved the October 5, 2020 trial date to April 12, 2021.  *See* Dkts. 58, 62.

10
11
12
13
14
15
16
17
18
19

4. Based on General Orders 18-20 and 04-21 of the United States District Court for the Western District of Washington, which Orders are incorporated herein by reference; the Court's other General Orders regarding COVID-19; the health directives discussed in those Orders; and the latest data on COVID-19 cases, recommended social distancing and other health measures, along with risks to jurors, witnesses, counsel, the parties, the Court, and courtroom security, have made or will make it difficult or impossible to proceed with any jury trials prior to mid-May 2021 and difficult or impossible to proceed with multiple jury trials within the Seattle courthouse until after June 30, 2021.

20
21
22
23
24
25

5. In addition, the "nature of the prosecution" is also "unusual," in that the government anticipates that it will attempt to introduce evidence from the United Kingdom through the testimony of at least one local law enforcement officer from the United Kingdom, which officer will have to travel during a pandemic that has closed international borders, and after a new strain of COVID-19 was discovered in the United Kingdom.  18 U.S.C. § 3161(h)(7)(B)(i).

26   ///
27   ///
28

ORDER CONTINUING TRIAL DATE
*United States v. Harbans Singh*, CR20-085 RAJ - 2

6.  Due to these considerations, and given the facts outlined in the government's motion, the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial, and the time between March 31, 2021, and June 30, 2021, is excludable time under 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the United States' Motion to Continue Trial Date is GRANTED.  The trial date in this matter is continued from April 12, 2021, to July 26, 2021, at 9:00 a.m.

DATED this 1st day of April, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
*United States v. Harbans Singh,* CR20-085 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970