HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-085RAJ |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO SEAL EXHBIT 2 OF DEFENDANT'S TRIAL BRIEF |
| v. | ) ) | |
| HARBANS SINGH, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Harbans Singh, to file Exhibit 2 of Defendant's Trial Brief under seal.  The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. # 88) is GRANTED. Defendant shall be permitted to file Exhibit 2 of Defendant's Trial Brief under seal.

DATED this 20th day of July, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL EXHIBIT 2
(*Harbans Singh*; CR20-085RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100