The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HARBANS SINGH,<br><br>  Defendant. | CASE NO. CR20-85 RAJ<br><br>ORDER GRANTING JOINT MOTION TO WITHDRAW DEFENDANT'S MOTION TO COMPEL DISCOVERY |

THIS COURT, having considered the Joint Motion to Withdraw Defendant Harbans Singh's Motion to Compel Discovery, which Joint Motion appears on the docket as Docket Number 96, hereby FINDS that there is good cause to GRANT the Joint Motion, and hereby ORDERS as follows:

The Defendant's Motion to Compel Discovery (Dkt. 85) is withdrawn and shall not be considered further by this Court.

DATED this 2nd day of August, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MOTION TO WITHDRAW / Harbans Singh
No. CR20-85 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970