THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-085-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION |
| v. ) | TO FILE SUPPLEMENTAL AND |
| ) | OVERLENGTH RESPONSE BRIEF |
| HARBANS SINGH, ) | |
| Defendant. ) | |

THIS MATTER has come before the Court on Defendant Harbans Singh's motion to file a supplemental and overlength response brief to the government's supplemental trial brief. The Court has considered the motion and the records herein, and having found good cause,

IT IS NOW ORDERED that Defendant Singh's motion to file a supplemental and overlength response brief (Dkt. # 100) is GRANTED.

DATED this 19th day of August, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
SUPPLEMENTAL AND OVERLENGTH
RESPONSE BRIEF
(*USA v. Singh* / CR20-085-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100