THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HARBANS SINGH,<br><br>    Defendant. | No. CR20-085-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR RECONSIDERATION |

The Court has reviewed the Defendant's motion to for leave to file reply to the government's opposition to motion for reconsideration and the records and files therein,

It is now ORDERED that the Motion (Dkt. # 136) is granted and the defense may file a Reply.

DATED this 26th day of August, 2021.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO FILE REPLY TO
GOVERNMENT'S OPPOSITION
(*Harbans Singh*, CR20-085 RAJ.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100