THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HARBANS SINGH, <br><br> Defendant. | No. CR20-085-RAJ <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S MEMORANDUM (DKT. # 144) |

The Court has reviewed the Defendant's motion to for leave to file a response to the government's memorandum (Dkt. # 144).

It is now ORDERED that the Motion (Dkt. # 145) is granted and the defense may file a Response.

DATED this 30th day of August, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

---

ORDER GRANTING DEFENDANT'S
MOTION TO FILE RESPONSE TO
GOVERNMENT'S MEMORANDUM
(*Harbans Singh*, CR20-085 RAJ.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100