THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-085-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION FOR LEAVE TO FILE REPLY |
| ) | TO GOVERNMENT'S RESPONSE TO |
| HARBANS SINGH, ) | PRELIMINARY JURY INSTRUCTION |
| ) | (Dkt. # 141) |
| Defendant. ) | |
| ) | |

The Court has reviewed the Defendant's motion to for leave to file reply to the government's response to preliminary jury instruction (Dkt. # 141) and the records and files herein,

It is now ORDERED that the Motion (Dkt. # 143) is GRANTED and the defense is granted leave to file a reply to the government's response to preliminary jury instruction.

DATED this 1st day of September, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO FILE REPLY TO
GOVERNMENT'S RESPONSE
(*Harbans Singh*, CR20-085 RAJ.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100