The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-085 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| HARBANS SINGH, | |
| Defendant. | |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the government's motion to seal (Dkt. # 170) is GRANTED. The government's sentencing memorandum shall remain sealed until further order of this Court.

DATED this 9th day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1
*United States v. Singh,* CR20-085 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970